**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ABDEL FATTAH,

    Plaintiff,

        v.

MOORE SMEAL, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-12-0613

(JUDGE CAPUTO)

## ORDER

**NOW**, this 31st day of October, 2012, **IT IS HEREBY ORDERED** that upon review of the Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e)(2)(B):

(1) Plaintiff's Motion for leave to proceed *in forma pauperis* (Doc. 6) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(2) Plaintiff's Complaint (Doc. 1) is **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

(3) Within **twenty-one (21) days** from the date of this Order, Plaintiff may file an amended complaint in this action in accordance with the foregoing Memorandum.

(4) The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Plaintiff shall use in preparing his amended complaint.

(5) Failure to file an amended complaint as directed within the required time frame will result in the dismissal of this action.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge